IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JOHN RICHARD SMITH #2037971** | § | |
| | § | |
| **V.** | § | **W-17-CA-144-RP** |
| | § | |
| **DR. DOUGLAS GREEN, et al.** | § | |

### FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted Defendants' Motions for Summary Judgment, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Douglas Greene, Bruce Armstrong, Valencia Pollard, Laurence Whitt, Jennifer Marcum, and Teri Smith are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on January 11, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE